# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**DERRICK A. SANGSTER,**

      Plaintiff,

      **-vs-**                        **Case No. 15-CV-727**

**THOMAS HINES, STEVE KICKHAVER,
NATHAN CIHLAR, SHAWN FRITSCH,
SANDRA HUNT, and DALE ZANDER,**

      Defendants.

---

## DECISION AND ORDER

---

The plaintiff has filed a motion to withdraw in which he requests to withdraw his previously filed motion for temporary restraining order and motion for extension of time. (ECF No. 52.) The Court will grant this motion. The plaintiff has also filed a request that the Court disregard his motion for appointment of counsel. (ECF No. 54.) In this request, the plaintiff asserts that does not want to delay the Court's consideration of his recently filed motion for summary judgment. The Court will construe this request as a request to withdraw his motion to appoint counsel, and it will grant the request.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 38) is

**WITHDRAWN**.

IT IS FURTHER ORDERED that the plaintiff's motion for extension of time (ECF No. 42) is **WITHDRAWN**.

IT IS FURTHER ORDERED that the plaintiff's motion to appoint counsel (ECF NO. 44) is **WITHDRAWN**.

IT IS FURTHER ORDERED that the plaintiff's motion to withdraw TRO motion and motion for extension of time (ECF No. 52) is **GRANTED.**

IT IS FURTHER ORDERED that the plaintiff's request to disregard motion to appoint counsel (ECF No. 54) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2015.

BY THE COURT:

s/ *Lynn Adelman*
for **HON. RUDOLPH T. RANDA**
**U.S. District Judge**