UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DERRICK A. SANGSTER,**

    **Plaintiff,**

    v.                                                     Case No. 15-CV-727

**THOMAS HINES, STEVE KICKHAVER,
NATHAN CIHLAR, SHAWN FRITSCH,
SANDRA HUNT, AND DALE ZANDER,**

    **Defendants.**

---

### ORDER

---

On November 30, 2016, plaintiff filed a Brief in Support of Motion for Summary Judgment and Proposed Findings of Fact. Defendants have filed a motion to strike these filings because they are not authorized. The parties have filed cross-motions for summary judgment, which are fully briefed. Plaintiff's new filings are not authorized and he does not offer any reason for submitting them. Accordingly, I will grant defendants' motion to strike. *See Cleveland v. Porca Co.*, 38 F.3d 289, 297 (7th Cir. 1994) (it is within district court's discretion to strike an authorized filing).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that defendants' motion to strike plaintiff's unauthorized summary judgment filings (Docket 90) is **GRANTED**.

**IT IS FURTHER ORDERED** that Docket Numbers 88 and 89 are **STRICKEN**.

Dated at Milwaukee, Wisconsin, this 9th day of December, 2016.

                                                            **BY THE COURT:**

                                                            s/ Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                           United States District Judge